THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jeffrey Lawrence Hyatt,       
Appellant.
 
 
 

Appeal From Greenville County
Joseph J. Watson , Circuit Court Judge

Unpublished Opinion No. 2003-UP-493
Submitted June 9, 2003  Filed August 26, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H, Richardson, 
 all of Columbia;  and Solicitor Robert M. Ariail, of Greenville, for Respondent.               

 
 
 

PER CURIAM: Jeffrey Lawrence Hyatt was convicted 
 of assault on a correctional facility employee pursuant to S.C. Code Ann. § 
 16-3-630.  On appeal, Hyatt argues: (1) the trial court erred by allowing the 
 State to exercise a peremptory challenge in a discriminatory manner; and (2) 
 the trial court lacked subject matter jurisdiction because the indictment was 
 not filed within ninety days.  Counsel for appellant petitioned to be relieved 
 as counsel, stating that her clients appeal lacks merit.  Hyatt filed a separate 
 pro se brief.  After a thorough review of the record, Hyatts brief, 
 and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Hyatts appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.